John L. Albritton, Appellant, vs. Owen J. Pate, Appellee.

Appeal from Circuit Court Polk county.
No appearance for Appellant.

*Wilson & Wilson*, for Appellee.

The bill in this cause was filed by the appellee

against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on motion of counsel for appellee.